# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SANDRA LARSON,**

        **Plaintiff,**

**-vs-**                                       **Case No.  6:11-cv-481-Orl-28GJK**

**SELAH MANAGEMENT GROUP, LLC,**

        **Defendant.**
_____

## ORDER

On November 29, 2011, Plaintiff, Sandra Larson (hereafter "Larson"), Opt-in Plaintiff, Michell Narvaez (hereafter "Narvaez"), and Defendant, Selah Management Group, LLC, moved this Court to approve their settlement agreements pursuant to the Fair Labor Standards Act and to dismiss the case with prejudice (hereafter "Motion").  Doc. No. 19.  In the Motion, the parties cite *Bonetti v. Embarq Management Co*., Case No. 6:07-cv-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009), but do not indicate whether the attorney's fees and costs to be awarded to Larson and Narvaez's counsel was agreed upon separately and apart from the monies being paid to Larson and Narvaez.  Larson and Narvaez's counsel also did not provide detailed time sheets, a supporting affidavit and costs documentation to justify the overall award of $5,000 in attorney's fees and costs.  Based on the Motion and the papers filed in support, this Court cannot determine whether the costs or hours expended by Larson and Narvaez's counsel are reasonable.

Accordingly, the Court **ORDERS** the following:

1. On or before December 21, 2011, the parties may file a supplement to the Motion indicating that the issue of attorney's fees and costs was agreed upon separately and apart from the amounts being paid to Larson and Narvaez; and

2. If the issue of attorney's fees and costs was not agreed upon separately and apart from the amount being paid to Larson and Narvaez, Larson and Narvaez's counsel shall file a notice, on or before December 21, 2011, containing documentation that is sufficient to permit this Court to determine whether the costs, hours and hourly rates are reasonable.

**DONE** and **ORDERED** in Orlando, Florida on December 14, 2011.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Unrepresented parties