# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SANDRA LARSON, ON HER OWN BEHALF AND OTHER SIMILARLY SITUATED,**

      **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-481-Orl-28GJK**

**SELAH MANAGEMENT GROUP, LLC,**

      **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 19) filed November 29, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Non-Objection to the Report and Recommendation filed by the parties (Doc. No. 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 20, 2011 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 19) is **GRANTED** to the extent that the Court finds the parties' settlement to be a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

3. This case is dismissed with prejudice.

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21st day of December, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record